FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL -2  P 5:53

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONALD BARGER                         *

       Plaintiff             *

vs.                                   *   CIVIL ACTION NO. MJG-13-3909

MIDLAND FUNDING, LLC, MIDLAND         *
CREDIT MANAGEMENT, INC., AND
ENCORE CAPITAL GROUP, INC.            *

       Defendants            *

*       *       *       *       *       *       *       *       *

## ORDER TRANSFERRING CASE

Pursuant to 28 U.S.C. § 1404(a) and the stipulation of the parties:

1. This case is hereby TRANSFERRED to the United States District Court for the Southern District of California.

2. The Clerk promptly shall take all steps necessary to effect the transfer.

3. The parties shall bear their own costs to date in this case.

SO ORDERED, on Wednesday, July 2, 2014.

                                  /s/
                             Marvin J. Garbis
                      United States District Judge